IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIANS, | ) | CASE NO. 5:11-CV-2381 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | MAGISTRATE JUDGE BURKE |
| v. | ) | |
| | ) | |
| ESCALLATE, LLC, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Plaintiff Susan Phillians and Defendant Escallate, LLC by their undersigned counsel hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to assume its own costs and attorney's fees.

Respectfully submitted,

/s/ David W. Skall (per consent)
David W. Skall (0068740)
KAHN & ASSOCIATES, LLC
6200 Rockside Woods Boulevard, Suite 215
Cleveland, OH 44131
Phone 216-621-6101
Facsimile 216-621-6006
skall@kahnandassociates.com

Attorneys for Plaintiff

/s/ Tracey L. Turnbull
Tracey L. Turnbull (0066958)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH 44115-1483
Phone 216-443-9000 / Facsimile 216-443-9011
tturnbull@porterwright.com

Attorneys for Defendant Escallate, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2012 a copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

> /s/ *Tracey L. Turnbull*
> Tracey L. Turnbull
> PORTER WRIGHT MORRIS & ARTHUR LLP
> 925 Euclid Avenue, Suite 1700
> Cleveland, OH  44115-1483
> Phone 216-443-9000 / Facsimile 216-443-9011
> tturnbull@porterwright.com
> [0066958]

412756v.v1