IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIANS, | ) | CASE NO. 5:11-CV-2381 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | MAGISTRATE JUDGE BURKE |
| v. | ) | |
| | ) | |
| ESCALLATE, LLC, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Plaintiff Susan Phillians and Defendant Escallate, LLC by their undersigned counsel hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to assume its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| */s/ David W. Skall (per consent)* | */s/ Tracey L. Turnbull* |
| David W. Skall (0068740) | Tracey L. Turnbull (0066958) |
| KAHN & ASSOCIATES, LLC | PORTER WRIGHT MORRIS & ARTHUR LLP |
| 6200 Rockside Woods Boulevard, Suite 215 | 925 Euclid Avenue, Suite 1700 |
| Cleveland, OH 44131 | Cleveland, OH 44115-1483 |
| Phone 216-621-6101 | Phone 216-443-9000 / Facsimile 216-443-9011 |
| Facsimile 216-621-6006 | tturnbull@porterwright.com |
| skall@kahnandassociates.com | |
| | Attorneys for Defendant Escallate, LLC |
| Attorneys for Plaintiff | |